UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| Magnetsafety.org, et al.<br><br>v.<br><br>Consumer Product Safety Commission | Case No. 22-9578 |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Public Citizen, Inc.
_____
[Party or Parties][1]

_____

Amicus curiae
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


| Adina H. Rosenbaum | Allison M. Zieve |
|---|---|
| Name of Counsel | Name of Counsel |
| /s/ Adina H. Rosenbaum | /s/ Allison M. Zieve |
| Signature of Counsel | Signature of Counsel |
| 1600 20th St. NW, Washington, DC 20009; (202) 588-1000 | 1600 20th St. NW, Washington, DC 20009; (202) 588-1000 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| arosenbaum@citizen.org | azieve@citizen.org |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐   The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔   There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

 8/18/23
Date

/s/ Adina H. Rosenbaum
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ [date] I sent a copy of this Entry of Appearance Form to:

_____

at _____,

the last known address/email address, by _____.
[state method of service]

8/18/23
Date

/s/ Adina H. Rosenbaum
Signature