**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**November 29, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

_____

MAGNETSAFETY.ORG, et al.,

     Petitioners,

v.

CONSUMER PRODUCT SAFETY
COMMISSION,

     Respondent.

------------------------------

CONSTITUTIONAL
ACCOUNTABILITY CENTER, et al.,

     Amici Curiae.

No. 22-9578
(CPSC No. CPSC 2021-0037)
(Consumer Products Safety Commission)

_____

### ORDER

_____

At the direction of the court, this matter is ABATED pending the issuance of a

decision in Tenth Circuit Appeal No. 22-7060, *Leachco, Inc. v. Consumer Product Safety*

*Commission*. The January 17, 2024 oral argument in this matter is VACATED, and all

counsel are excused from attendance.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk