IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

MAGNETSAFETY.ORG; HOBBY MANUFACTURERS ASSOCIATION; NATIONAL RETAIL HOBBY STORES ASSOCIATION, INC.,

Petitioners,

v.

CONSUMER PRODUCT SAFETY COMMISSION

Respondent.

No. 22-9578

## CERTIFIED INDEX OF ADMINISTRATIVE RECORD

Pursuant to Federal Rule of Appellate Procedure 17(b)(1)(B), respondent, the Consumer Product Safety Commission, hereby files a certified list of items comprising the administrative record.

Respectfully submitted,

DANIEL TENNY
/s/ Adam Jed
ADAM C. JED
  *(202) 514-8280*
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7243*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., N.W.*
  *Washington, D.C. 20530*

JANUARY 2023

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that on January 30, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Adam Jed*
ADAM C. JED

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| MAGNETSAFETY.ORG, ET AL., <br><br> Petitioners <br><br> v. <br><br> CONSUMER PRODUCT SAFETY COMMISSION, <br><br> Respondent. | No. 22-9578 |

**CERTIFIED LIST OF THE RECORD PURSUANT TO RULE 17(b) OF THE FEDERAL RULES OF APPELLATE PROCEDURE**

I hereby certify, to the best of my knowledge, that the materials identified in the attached numbered list constitute the administrative record of the Respondent, Consumer Product Safety Commission, in the proceeding for which judicial review is sought in the above-titled action.

Dated: January 30, 2023



Alberta E. Mills, Secretary
Consumer Product Safety
Commission

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| MAGNETSAFETY.ORG, ET AL., <br><br> Petitioners, <br><br> v. <br><br> CONSUMER PRODUCT SAFETY COMMISSION, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 22-9578 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFIED LIST OF THE RECORD

| | **Date** | **Document** |
|---|---|---|
| 1. | August 17, 2017 | Petition Requesting the United States Consumer Product Safety Commission Initiate a Rulemaking to Establish Safety Standards for High-Powered Magnet Sets, filed by Zen Magnets, LLC; docketed by CPSC staff as Petition CP 17-1 |
| 2. | September 20, 2017 | Ballot Vote Sheet regarding publication of Federal Register notice inviting written comments on Petition Requesting Rulemaking on Magnet Sets |
| 3. | September 29, 2017 | Record of Commission Action to approve publication of Federal Register Notice inviting comments on Petition CP 17-1 |
| 4. | October 6, 2017 | Request for written comments regarding Petition Requesting Rulemaking on Magnet Sets, 82 Fed. Reg. 46740 |
| 5. | Various dates | 21 comments regarding Petition Requesting Rulemaking on Magnet Sets, *available at* |

|     |     |     |
| --- | --- | --- |
|     |     | https://www.regulations.gov/docket/CPSC-2017-0037/comments |
| 6.  | December 5, 2017 | Ballot Vote Sheet regarding publication of Federal Register Notice of reopening of comment period on petition requesting rulemaking on magnet sets |
| 7.  | December 12, 2017 | Record of Commission Action not to approve publication of Federal Register notice to extend comment period for petition requesting rulemaking on magnet sets |
| 8.  | June 14, 2019 | Log of CPSC staff participation in conference call of ASTM F15.77 subcommittee |
| 9.  | July 12, 2019 | Log of CPSC staff participation in conference call of ASTM F15.77 subcommittee |
| 10. | August 22, 2019 | Log of CPSC staff participation in conference call of ASTM F15.77 subcommittee |
| 11. | September 19, 2019 | Log of CPSC staff participation in conference call of ASTM F15.77 subcommittee |
| 12. | October 10, 2019 | Log of CPSC staff participation in conference call of ASTM F15.77 subcommittee |
| 13. | October 18, 2019 | Letter from CPSC staff to Nancy Nord, ASTM |
| 14. | October 31, 2019 | Log of CPSC staff participation in conference call of ASTM F15.77 subcommittee |
| 15. | November 18, 2019 | Log of CPSC staff participation in ASTM F15.77 scope task group |
| 16. | November 25, 2019 | Log of CPSC staff participation in conference call of ASTM F15.77 subcommittee |
| 17. | January 9, 2020 | Letter from CPSC staff to Nancy Nord, ASTM |

| | | |
|---|---|---|
| 18. | March 4, 2020 | Log of CPSC staff participation in conference call of ASTM F15.77 subcommittee |
| 19. | March 19, 2020 | Log of CPSC staff participation in conference call of ASTM F15.77 Task Group on Test Methods re Storage Containers |
| 20. | April 7, 2020 | Log of CPSC staff participation in conference call of ASTM F15.77 subcommittee |
| 21. | April 22, 2020 | Letter from Zen Magnets, LLC withdrawing Petition CP 17-1 |
| 22. | May 27, 2020 | Letter from CPSC staff to Nancy Nord, ASTM |
| 23. | June 3, 2020 | CPSC staff Informational Briefing Package Regarding Magnet Sets |
| 24. | July 29, 2020 | Letter from CPSC staff to Nancy Nord and Molly Lynyak, ASTM |
| 25. | May 25, 2021 | Log of CPSC staff participation in conference call of ASTM F15.77 Subcommittee on Magnets |
| 26. | June 17, 2021 | Log of CPSC staff participation in conference call of ASTM F15.77 Subcommittee on Magnets |
| 27. | June 29, 2021 | Log of CPSC staff participation in conference call of ASTM F15.77 Subcommittee on Magnets; Meeting of the Task Group on Performance Requirements |
| 28. | July 12, 2021 | Log of CPSC staff participation in conference call of ASTM F15.77 Subcommittee on Magnets; Meeting of the Task Group on Performance Requirements |
| 29. | October 6, 2021 | CPSC staff briefing package on Proposed Rule: Safety Standard for Magnets |
| 30. | November 2, 2021 | Log of CPSC staff participation in conference call of ASTM F15.77 Subcommittee on Magnets |

| 31. | November 17, 2021 | Video recording of CPSC Commission Briefing: Magnet Sets Notice of Proposed Rulemaking, *available at* https://cpsc.gov/Newsroom/Video/CPSC-Commission-Briefing-Magnet-Sets-Notice-of-Proposed-Rulemaking |
| --- | --- | --- |
| 32. | December 14, 2021 | Video recording of CPSC Commission Briefing: Decisional on Proposed Rule: Safety Standard for Magnets, *available at* https://www.youtube.com/watch?v=eGKumF_Nscw |
| 33. | December 14, 2021 | Minutes of Commission Meeting: Decisional Matter: Proposed Rule: Safety Standard for Magnets, attaching amendment of Commissioner Trumka |
| 34. | January 10, 2022 | Notice of Proposed Rulemaking: Safety Standard for Magnets, 87 Fed. Reg. 1260 |
| 35. | Various dates | 715 comments to Notice of Proposed Rulemaking, *available at* https://www.regulations.gov/docket/CPSC-2021-0037/comments |
| 36. | February 2, 2022 | CPSC staff briefing package: Proposed Rule Regarding a Safety Standard for Magnets; Notice of Opportunity for Oral Presentation of Comments |
| 37. | February 8, 2022 | Record of Commission Action to approve publication of Federal Register notice announcing hearing to present oral comments |
| 38. | February 15, 2022 | Notice of Opportunity for Oral Presentation of Comments for Notice of Proposed Rulemaking: Safety Standard for Magnets, 87 Fed. Reg. 8442 |
| 39. | March 2, 2022 | Video recording of CPSC Commission Meeting: public hearing for oral presentation of comments, Safety Standard for Magnets, *available at* https://www.youtube.com/watch?v=rhncJwcQhZE |
| 40. | March 2, 2022 | Transcript of public hearing for oral presentation of comments |

| | | |
|---|---|---|
| 41. | August 17, 2022 | CPSC staff briefing package for Final Rule |
| 42. | August 25, 2022 | Video recording of CPSC Commission Meeting—Public Briefing on Magnets, *available at* https://cpsc.gov/Newsroom/Video/Public-Briefing-on-Magnets-Final-Rule |
| 43. | September 7, 2022 | Video recording of CPSC Commission Meeting—Final Rule, Safety Standard for Magnets—Decisional, *available at* https://cpsc.gov/Newsroom/Video/CPSC-Commission-Meeting-Final-Rule-Safety-Standard-for-Magnets-Decisional |
| 44. | September 7, 2022 | Minutes of Commission Meeting: Decisional Matter: Final Rule: Safety Standard for Magnets, including adopted amendment proposed by Commissioner Boyle and statements by Chair Hoehn-Saric and Commissioners Trumka and Boyle |
| 45. | September 13, 2022 | Amended Staff Briefing Package: Draft Final Rule for Magnets |
| 46. | September 21, 2022 | Final rule: Safety Standard for Magnets, 87 Fed. Reg. 57756 |